1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   THOMAS CREIGHTON SHRADER,              Case No: 1:21-cv-01229-AWI-BAK(SKO)-HC

12                 Petitioner,              ORDER DENYING PETITIONER'S MOTION
                                            TO VACATE ORDER REFILING PETITION
13          v.
                                            [Doc. 18]
14   M. ARVIZA,

15                 Respondent.

16

17          Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

18   pursuant to 28 U.S.C. § 2241.

19          On August 12, 2021, Petitioner filed a petition for writ of mandamus in this case.  The

20   Court interpreted the petition as challenging a state sentence and dismissed the petition.  (Docs.

21   5, 8.)  Petitioner appealed.  On April 14, 2022, the Ninth Circuit vacated the judgment because

22   the Court had misinterpreted Petitioner's claim and remanded the case to provide Petitioner an

23   opportunity to properly raise his claim in a petition for writ of habeas corpus pursuant to 28

24   U.S.C. § 2241.

25          On May 3, 2022, Petitioner filed his petition pursuant to 28 U.S.C. § 2241 per the Ninth

26   Circuit's order of remand.  The petition was not filed in this case, as it should have been; instead,

27   a new case was opened.  See Shrader v. Arviza, 1:22-cv-00528-SAB-HC.  Magistrate Judge

28   Stanley Boone thereafter issued an order directing Respondent to file a response.  (Id., Doc. 4.)

                                              1

On July 1, 2022, Respondent moved for an extension of time to file a response to the petition because necessary documents from the court and U.S. Attorney's Office in the Southern District of West Virginia had not yet been received. (Id., Doc. 7.)  Respondent indicated that Petitioner had filed his § 2241 petition as permitted by the Ninth Circuit in the appeal of the instant case. To correct the apparent misfiling, on July 6, 2022, Magistrate Judge Boone directed the Clerk of Court to administratively close Case No. 1:22-cv-00528-SAB-HC, and to refile Petitioner's § 2241 petition in this case.  (Doc. 16.)  The Court also granted Respondent an extension of time until August 30, 2022, to file a response to the petition.

On July 18, 2022, Petitioner filed the instant motion.  (Doc. 18.)  Petitioner seeks to undo Magistrate Judge Boone's order administratively closing Case No. 1:22-cv-00528-SAB-HC, and to proceed with this petition in that case.  Petitioner claims he is being defrauded of his right to file his § 2241 petition, and the Court's order is in contempt of the Ninth Circuit's order.  It appears Petitioner is concerned that his § 2241 petition will not be considered and that the Court will proceed instead on his petition for writ of mandamus.  That is not the case.  The petition for writ of mandamus has been superseded by his § 2241 petition, and the § 2241 petition is now the operative pleading in this case.  Respondent has been directed to file a response to the petition, and a response is currently due on August 30, 2022.  The Court understands Petitioner's concerns[1], given the procedural history of this case, but the errors have now been corrected and the matter is moving forward on his § 2241 petition, as was ordered by the Ninth Circuit.

Accordingly, Petitioner's motion to vacate is DENIED.

IT IS SO ORDERED.

Dated:   **July 19, 2022**                               **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner may also be concerned about the changed initials in the case number.  To clarify, initially, the case was assigned to then-Magistrate Judge Jennifer L. Thurston ("JLT").  Judge Thurston has since been elevated to District Judge.  The case is now temporarily assigned to the undersigned pending Judge Thurston's replacement.  Thus, the case number has changed from 1:21-cv-01229-AWI-JLT-HC to 1:21-cv-01229-AWI-BAK(SKO)-HC.