UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS C. SHRADER,<br><br>    Petitioner,<br><br>    v.<br><br>M. ARVIZA,<br><br>    Respondent. | Case No. 1:21-cv-01229-AWI-CDB (HC)<br><br>**ORDER DENYING MOTION TO EXPEDITE**<br><br>(ECF No. 25) |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On November 4, 2022, Petitioner filed a "Motion to Expedite Writ of Habeas Corpus." Doc. 25. In that filing, Petitioner argues he has served "156 months of illegal incarceration on an illegal and unconstitutional sentence! (Emphasis Added)!" Petitioner correctly acknowledges in his filing that Respondent filed a motion to dismiss on August 30, 2022, and that motion remains pending before this Court following completion of briefing on September 23, 2022. Docs. 20-22.

    This Court does not have an expedited calendar. As of the date of this Order, the undersigned presides over 36 active habeas corpus cases in various states of litigation, and more than 400 other civil cases. Petitioner cites no authority – and the Court is aware of none – to persuade the undersigned that Petitioner's case merits expedited or favored treatment to the

detriment of other cases pending the Court's docket.

     Accordingly, Petitioner's motion to expedite is DENIED.

IT IS SO ORDERED.

Dated: __**November 9, 2022**__                _____
                                                      UNITED STATES MAGISTRATE JUDGE